UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC CREDIT EXCHANGE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02374-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL UNDER 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 9 |

　　　　The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Dismissal under 28 U.S.C. § 1915. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that this case is dismissed under 28 U.S.C. § 1915(e)(2)(B), with prejudice, as frivolous and for failure to state a claim. The Clerk is directed to enter judgment in favor of Defendant and close the file.

　　　　**IT IS SO ORDERED.**

Dated: 12/10/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge