UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD WASHINGTON,

    Plaintiff,

v.

PACIFIC CREDIT EXCHANGE, et al.,

    Defendants.

Case No. 21-cv-02374-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation Regarding Dismissal under 28 U.S.C. § 1915,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 10th day of December, 2021.

Kathleen M Shambaugh (Acting)
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.